**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| | **)** | **4:15-cr-00100-WTM-GRS** |
| **v.** | **)** | |
| | **)** | |
| | **)** | |
| **PATRICK ROBERT GODWIN-PAINTER** | **)** | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

COMES NOW the United States of America, by and through its counsel, Edward J. Tarver, United States Attorney for the Southern District of Georgia, and Scarlett S. Nokes and Joseph D. Newman, Assistant United States Attorneys, and respectfully moves this Honorable Court to dismiss in the interests of justice, without prejudice, the Indictment pending in this case pursuant to Federal Rule of Criminal Procedure 48(a). The United States' motion is based on the defendant's assertion of an advice of counsel defense, which was first disclosed to the United States on October 14, 2015, after the indictment was filed in this case.

Respectfully submitted this the 16th day of November, 2015.

                              EDWARD J. TARVER
                              UNITED STATES ATTORNEY

/s/ James D. Durham                    /s/ Scarlett S. Nokes
James D. Durham                        Scarlett S. Nokes
First Assistant United States Attorney  Assistant United States Attorney
                                       Gerogia Bar No. 739039


/s/ Brian T. Rafferty                  /s/ Joseph D. Newman
Assistant United States Attorney       Assistant United States Attorney
Chief, Criminal Division               Georgia Bar No. 541150

# CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 16th day of November, 2015.

EDWARD J. TARVER
UNITED STATES ATTORNEY


*/s/ Scarlett S. Nokes*
Scarlett S. Nokes
Assistant United States Attorney


Post Office Box 8970
Savannah, Georgia 31401
Telephone No: (912) 201-2594