UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 NOV 18  AM 11: 22

CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA        )
                                )
                                )        4:15-cr-00100-WTM-GRS
        v.                      )
                                )
                                )
PATRICK ROBERT GODWIN-PAINTER   )

## ORDER

Before the Court is the Government's Motion to Dismiss the Indictment (Doc. 74). The United States' motion is based on the defendant's assertion of an advice of counsel defense. The advice was given by counsel William Ney in defendant's malpractice suit against M.T. This information was first disclosed to the United States on October 14, 2015, after the indictment was filed in this case. For the reasons set forth in that motion, the same is hereby granted and it is the Order of this Court that the above captioned indictment is hereby dismissed, without prejudice.

SO ORDERED this 18th day of November, 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA